1  JAMES NELSON - SBN 116442
   MARC B. KOENIGSBERG - SBN 204265
2  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
3  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
4  Facsimile:  (916) 448-1709
   nelsonj@gtlaw.com
5  koenigsbergm@gtlaw.com

6  Attorneys for Defendant,
   MCS INDUSTRIES, INC.

7

8

9           **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12 VANESTA CORTEZ,                     ) Case No.  1:11-cv-01216-AWI-SKO
                                       )
13          Plaintiff,                 )
                                       ) ORDER APPROVING
14     vs.                             ) STIPULATION OF DISMISSAL
                                       )
15 MCS INDUSTRIES, INC. and DOES 1-50, )
   inclusive                           )
16                                     )
            Defendants.                )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20 _____   )

21

22

23

24

25

---
1
ORDER GRANTING STIPULATION OF DISMISSAL

1     Pursuant to the Stipulation of Dismissal,

2     Based on the parties' joint stipulation the above-captioned action is dismissed with
3 prejudice pursuant to FRCP 41(a)(1).   The Clerk of the Court is DIRECTED to close the
4 case.

7 IT IS SO ORDERED.

8 Dated:   December 20, 2011        _____
                                     CHIEF UNITED STATES DISTRICT JUDGE