JAMES NELSON - SBN 116442
MARC B. KOENIGSBERG - SBN 204265
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
nelsonj@gtlaw.com
koenigsbergm@gtlaw.com

Attorneys for Defendant,
MCS INDUSTRIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA CORTEZ, | Case No.  1:11-cv-01216-AWI-SKO |
| Plaintiff, | |
| vs. | ORDER APPROVING STIPULATION OF DISMISSAL |
| MCS INDUSTRIES, INC. and  DOES 1-50, inclusive | |
| Defendants. | |

1   Pursuant to the Stipulation of Dismissal,

2   Based on the parties' joint stipulation the above-captioned action is dismissed with
3   prejudice pursuant to FRCP 41(a)(1).   The Clerk of the Court is DIRECTED to close the
4   case.

5

6

7   IT IS SO ORDERED.

8   Dated:   December 20, 2011                          _____
            CHIEF UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING STIPULATION OF DISMISSAL